ORDERED.

**Dated: June 16, 2026**

Luis E. Rivera II
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

In re:

Koombea Inc.,

Debtor.
______________________________/

Case No. 2:25-bk-02556-FMR
Chapter 11, Subchapter V

# ORDER (I) CONFIRMING PLAN OF REORGANIZATION UNDER CHAPTER 11, SUBCHAPTER V, AS FURTHER AMENDED AND MODIFIED HEREIN; AND (II) SETTING POST-CONFIRMATION STATUS CONFERENCE
**(Related Doc. No. 110)**

THIS CASE came on for a continued hearing on May 6, 2026 at 11:00 a.m. ET ("***Hearing***") upon the *Plan of Reorganization Dated March 23, 2026* (Doc. No. 110) ("***Plan***") filed by Koombea Inc., the above-captioned debtor and debtor-in-possession ("***Debtor***"). The Court has reviewed the evidence presented and the record of this case, including (i) the Plan, (ii) the *Limited Objection to Confirmation of Plan* filed by Oracle America, Inc. (Doc. No. 138), (iii) the *Limited Objection to Confirmation of Plan and Reservation of Rights Regarding Debtor's Plan of Reorganization Under Chapter 11 Subchapter V, Dated March 23, 2026* filed by Breakout Capital, LLC (Doc. No. 139), (iv) the *Ballot Tabulation* file by the Debtor (Doc. No. 140), (v) the *Confirmation Affirmation* executed by Mr. Jonathan Tarud (Doc. No. 142), and (vi)

the oral arguments and representations presented at the Hearing. The Court being otherwise fully advised in the premises, after notice and a hearing, finds and concludes as follows:

**FINDINGS OF FACTS & CONCLUSIONS OF LAW**

A. **Jurisdiction**. The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334, the United States District Court's general order of reference, and other various applicable provisions of Title 11 of the United States Code ("***Bankruptcy Code***") and the Federal Rules of Bankruptcy Procedure (each a "***Bankruptcy Rule***" and, jointly and collectively, "***Bankruptcy Rules***").

B. **Venue**. Venue is proper before this Court under 28 U.S.C. §§ 1408 and 1409.

C. **Notice**. Due, adequate, and sufficient notice of the Plan and the *Order Setting: (I) Hearing on Confirmation of Plan of Reorganization, (II) Deadlines with Respect to Confirmation Hearing, and (III) Deadline for Filing Applications for Administrative Expense*s (Doc. No. 117) were served upon all creditors, interest holders, and parties requesting notice (Doc. No. 121). Accordingly, the method of service and solicitation of acceptance of the Plan, notice of the Hearing, and notices of all other deadlines or requirements relating thereto (collectively, "***Confirmation Deadlines***") were in compliance with the Bankruptcy Rules, were adequate and reasonable under the circumstances of this case, and no further or additional notice of the Hearing or the Confirmation Deadlines was necessary or required.

D. **Objections to Confirmation**. Present at the Hearing were (i) Michael R. Dal Lago, Esq. for the Debtor, (ii) Amy Mayer, Esq., the Subchapter V Trustee, (iii) Adisley Cortez Rodriguez, Esq. on behalf of the Office of the United States Trustee ("***UST***"), (iv) Leanne Prendergast, Esq. on behalf of Oracle America, Inc. ("***Oracle***"), and (v) Steven Berman, Esq. on behalf of Breakout Capital, LLC and its successor in interest, Breakout Funding Group, LLC

(collectively, "***Breakout***"). The Objections that were filed by Oracle and Breakout, as noted above, were either resolved, withdrawn, or overruled at the Hearing.

E. **Ballots**. The Ballot Tabulation and the Confirmation Affirmation reflect that Classes 5 and 6 are impaired classes under the Plan. Class 5—the general unsecured class—voted to accept the Plan. Class 6—consisting of the holders of equity interests—also voted to accept the Plan. No Classes voted to reject the Plan.

F. **Proper Classification of Claims**. The Plan adequately and properly identifies and classifies all claims. Pursuant to Bankruptcy Code section 1122(a), the claims placed in each class are substantially similar to other claims in each such class. Pursuant to Bankruptcy Code section 1123(a)(1), valid legal and business reasons exist for the various classes of claims created under the Plan and such classification does not unfairly discriminate among holders of claims. The classification of claims in the Plan is reasonable.

G. **Specified Unimpaired Classes**. The Plan specifies all classes or claims or interests that are not impaired under the Plan.

H. **Specified Treatment of Impaired Classes**. The Plan specifies the treatment of all classes of claims or interests that are impaired under the Plan.

I. **No Discrimination**. The Plan provides for the same treatment of claims or interests in each respective class unless the holder of a particular claim or interest has agreed to a less favorable treatment of such claim or interest.

J. **Implementation of the Plan**. Article 7 of the Plan provides adequate means for the Plan's implementation.

K. **Interests of the Creditors, Equity Security Holders, & Public Policy**. The Plan contains only provisions that are consistent with the interests of creditors and equity security

holders and with public policy with respect to the manner of selection of any officer, director, or trustee under the Plan and any successor to such officer, director, or trustee.

L. **Assumption & Rejection**. Article 6 of the Plan, pursuant to Bankruptcy Code section 365, provides for the assumption, rejection, or assignment of any executory contract or unexpired lease of the Debtor not previously assumed or rejected by separate order of the Court.

M. **Additional Plan Provisions**. Each of the provisions of the Plan is appropriate and not inconsistent with the applicable provisions of the Bankruptcy Code.

N. **Modifications to Plan**. To the extent modifications in this Plan constitute a compromise or settlement of any controversy, proper notice was given, and approval of such compromise or settlement is appropriate in consideration of the factors set forth by *In re Justice Oaks II, LTD*, 898 F.2d 1544 (11th Cir. 1990)

O. **Principal Purpose of the Plan**. The principal purpose of the Plan is not the avoidance of taxes or the avoidance of the application of section 5 of the Securities Act of 1933.

P. **Subchapter V Plan Requirements**. The Plan complies with Bankruptcy Code section 1189 because it was filed by the Debtor not later than 90 days after the order for relief under Chapter 11, or the Court extended the period because the need for the extension was attributable to circumstances for which the Debtor should not justly be held accountable.

Q. **Contents of a Subchapter V Plan**. In compliance with Bankruptcy Code section 1190, the Plan includes: (1) a brief history of the business operations of the Debtor, (2) a liquidation analysis, and (3) projections with respect to the ability of the Debtor to make payments under the Plan. The Plan provides for the submission of all or such portions of the future earnings or other future income of the Debtor as is necessary for the execution of the Plan.

R. **Satisfaction of Conditions**. The Court finds that, notwithstanding Bankruptcy Code section 510(a), the Plan (i) satisfies the applicable requirements of Bankruptcy Code section 1129(a), other than Bankruptcy Code section 1129(a)(15). As a result, the Plan is confirmed under Bankruptcy Code section 1191(a). With respect to the applicable provisions of Bankruptcy Code section 1129(a), the Court finds and concludes as follows:

1. The Plan and the Plan proponent comply with the applicable provisions of the Bankruptcy Code.

2. The Plan was proposed in good faith and not by any means forbidden by law.

3. Any payment made or to be made by the Debtor, for services or for costs and expenses in or in connection with the case, or in connection with the Plan and incident to the case, has been approved by or—as provided herein—is subject to the approval of, the Court as reasonable.

4. The Plan has disclosed the identity and affiliations of any individual proposed to serve, after confirmation of the Plan, as a director, officer, or voting trustee of the Debtor; and the appointment to, or continuance in, such office of such individual, is consistent with the interests of creditors and equity security holders, and with public policy; and the Plan proponent has disclosed the identity of any insider that will be employed or retained by the reorganized debtor, and the nature of any compensation for such insider.

5. The Plan provides that, with respect to each impaired class of claims or interests, each holder of a claim or interest of such class has accepted the plan, or will receive or retain under the plan on account of such claim or interest property of a value,

as of the Effective Date of the Plan, that is not less than the amount that such holder would so receive or retain if the Debtor were liquidated under chapter 7 of the Bankruptcy Code on such date, or each holder of a claim of such class will receive or retain under the Plan on account of such claim property of a value, as of the Effective Date of the Plan, that is not less than the value of such holder's interest in the Debtor's property that secures such claims in compliance with Bankruptcy Code section 1111(b)(2).

6. The Plan provides that all Allowed Priority Tax Claims authorized under Bankruptcy Code section 507(a)(8) shall be paid in full within 60 months from the Petition Date, with payments beginning not later than November 1, 2026.

7. Confirmation of the Plan is not likely to be followed by the liquidation, or the need for further financial reorganization, of the Debtor or any successor to the Debtor under the Plan, unless such liquidation or reorganization is proposed in the Plan.

8. All fees payable under 28 U.S.C. § 1930, as determined by the Court at the hearing on confirmation of the Plan, have been paid or the plan provides for the payment of all such fees on the Effective Date of the Plan. Because this is a Subchapter V case, such fees—as set forth in the Plan—are not applicable.

9. All transfers of property under the Plan shall be made in accordance with any applicable provisions of non-bankruptcy law that govern the transfer of property by a corporation or trust that is not a moneyed, business, or commercial corporation or trust.

S. **Requirements for Secured Claims**. The Plan meets the requirements of Bankruptcy Code section 1129(b)(2)(A) with respect to all allowed secured claims under the Plan.

Accordingly, it is

**ORDERED**:

1. **Confirmation**. The Plan is confirmed under Bankruptcy Code section 1191(a).

2. **Objection to Plan**. All objections to the Plan have been resolved, withdrawn, or overruled at the Hearing.

3. **Effective Date**. If neither an appeal, nor a motion for reconsideration are filed on or before 14 days after the entry of this Order on the Court's docket, then the Effective Date shall be on or about November 15, 2026 as contemplated in the Plan and the projections to the Plan.

4. **Binding Effect of Plan**. Pursuant to Bankruptcy Code section 1141(a), except as provided in Bankruptcy Code sections 1141(d)(2) and (3), the provisions of the Plan as of the Effective Date bind the Debtor and any creditor, whether or not the claim or interest of such creditor is impaired under the Plan, and whether or not such creditor has accepted the Plan.

5. **Re-vesting of Property**. Under Bankruptcy Code section 1141(b), all of the property of the estate shall re-vest in the Debtor as of the Effective Date, and pursuant to Bankruptcy Code sections 1141(d)(2) and (3) such property shall be free and clear of all claims and interests of creditors.

6. **Post-Confirmation Operation of Business**. The Debtor may operate its business and may use, acquire, and dispose of property free of any restrictions of the Bankruptcy Code and Bankruptcy Rules and in all respects as if there were no pending case under any chapter or provisions of the Bankruptcy Code. The Debtor is entitled to retain and compensate professionals without the necessity of further approval of this Court. Except as set forth in the Plan concerning objections to claims, the Debtor may also settle or compromise any claims without Court

approval; provided, however, the Debtor may not settle or compromise any Adversary Proceeding without approval of this Court.

7. **Plan Modifications**. The Plan is modified as follows:

a. **Class 2 – Breakout.** The Plan's treatment for Breakout's debt under Class 2 shall include the following language: "Any payment made by the Debtor above the minimum required payments under both the Plan and the Loan Documents will be applied first to pay down the Pre-Petition Debt owed to Breakout.

b. **Breakout Loan Documents**. The loan documents agreed to by the Debtor and Breakout are annexed hereto as Exhibit A and are incorporated into the Plan in their entirety.

8. **Injunction and Discharge**. Because the Plan is confirmed under Bankruptcy Code section 1191(a), on the Effective Date of the Plan the Debtor will be discharged from any debt that arose before confirmation of the Plan, to the extent specified in Bankruptcy Code section 1141(d)(1)(A), except that the Debtor will not be discharged of any debt: (i) imposed by the Plan; or (ii) to the extent provided in Bankruptcy Code section 1141(d)(6). To the extent the discharge provisions set forth in section 9.01 of the Plan are inconsistent with this Confirmation Order, Bankruptcy Code section 1141(d), or any other provision of the Bankruptcy Code, this Order, Bankruptcy Code section 1141(d), Bankruptcy Code section 1192, and the Bankruptcy Code shall control.

9. **Disbursing Agent**. The Debtor shall make the payments that are required under the Plan.

10. **Effect of Confirmation Order on Plan**. The failure to reference or address all or part of any particular provision of the Plan herein has no effect on the validity, binding effect, or enforceability of such provision, and such provision has the same validity, binding effect, and enforceability as every other provision of the Plan. To the extent that any inconsistencies exist

between the terms of the Plan and this Confirmation Order, the terms of this Confirmation Order shall control.

11. **Executory Contracts and Leases**. Except as otherwise provided in a separate order of the Court, all executory contracts and unexpired leases not otherwise assumed are deemed rejected as of the Effective Date. For the avoidance of doubt, the Debtor shall be deemed to have assumed all executory contracts and unexpired leases listed on Exhibit 3 of the Plan.

12. **Final Fee Applications**. To the extent any professional—including but not limited to Dal Lago Law and the Subchapter V Trustee—seeks an award of compensation for services rendered or reimbursement of expenses incurred through and including the date of the entry of this Order, such professional shall file its respective application for allowance of compensation for services rendered and reimbursement of expenses incurred by the date that is 21 days from the date of entry of this Order.

13. **Service of Confirmation Order**. Michael R. Dal Lago, Esq. is directed to serve a copy of this Order on all parties and file a certificate of service within five days of the entry of this Order.

14. **Documents Required to Effectuate Plan**. The Debtor is authorized to execute any and all documents reasonably required to effectuate the provisions of the Plan or prior Orders of this Court, including but not limited to executing and filing any applicable UCC-3 Termination Statements.

15. **Modification After Confirmation**. Under Bankruptcy Code section 1193(b), the Debtor may modify the Plan at any time after confirmation of the plan and before substantial consummation of the Plan, but may not modify the Plan so that the Plan as modified fails to meet

the requirements of Bankruptcy Code sections 1122 and 1123, with the exception of Bankruptcy Code section 1123(a)(8). The Plan, as modified, becomes the Plan only if circumstances warrant the modification and the court, after notice and a hearing, confirms the Plan as modified under Bankruptcy Code section 1191(a).

16. **Discharge of the Subchapter V Trustee**. Since the Plan is confirmed pursuant to Bankruptcy Code section 1191(a), the Subchapter V Trustee shall be discharged in accordance with section 1183(c)(1).

17. **Jurisdiction**. The Bankruptcy Court retains jurisdiction to:

a. Resolve issues with respect to the Debtor's substantial consummation of the Plan and to the extent the Debtor seeks to amend or modify the Plan;

b. Resolve any motions, adversary proceedings, or contested matters, that are pending as of the date of substantial consummation;

c. Adjudicate objections to claims;

d. Resolve disputes with respect to any and all injunctions created as a result of confirmation of the Plan;

e. Adjudicate modifications of the Plan under Bankruptcy Code section 1193;

f. Review and consider issues associated with the Debtor's final report and entry of final decree, and to enter a final decree; and

g. Enter such orders as the Court deems necessary or appropriate with respect to enforcement of the Plan.

18. **Distribution Schedule**. A summary of claims asserted in the case, along with a distribution schedule for such claims, is attached hereto as **Exhibit B**.

19. **Unclaimed distributions**. Unclaimed distributions shall be administered pursuant to section 347 of the Bankruptcy Code. Should the Holder of an Allowed Claim fail to negotiate a payment from the Debtor within 90 days of the date the check was issued, the Debtor shall provide the Holder with written notice of the requirement that the Holder of an Allowed Claim

negotiate the payment within 180 days of the date the check was issued. Should the Holder thereafter fail to negotiate the payment within 180 days, then upon the expiration of the deadline set forth in section 1143, the Debtor may exercise its remedies under section 347(b) of the Bankruptcy Code.

20. **Post-Confirmation Status Conference**. The Court will conduct a post-confirmation status conference on July 29, 2026, at 10:30 a.m. in Courtroom 4-102, United States Courthouse, 2110 First Street, Fort Myers, Florida ("Continued Hearing"). Parties are directed to consult Judge Rivera's Procedures Governing Court Appearances, available at https://www.flmb.uscourts.gov/judges/rivera/, regarding policies and procedures for attendance at hearings by video or telephone via Zoom. If you are unable to access the Court's website, please contact the Courtroom Deputy at 813-301-5195 no later than 3:00 p.m. one business day before the date of the hearing.

Attorney Michael R. Dal Lago is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.

**Koombea Inc**
**Plan Projections**
**Year 2**

| | November 2027 | December 2027 | January 2028 | February 2028 | March 2028 | April 2028 | May 2028 | June 2028 | July 2028 | August 2028 | September 2028 | October 2028 | YR 2 TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Balance** | 371,554 | 419,857 | 426,380 | 481,757 | 486,775 | 528,063 | 569,601 | 611,140 | 619,620 | 661,159 | 669,639 | 714,177 | N/A |
| [Insert First Component of Gross Income] | 700,000 | 690,000 | 730,000 | 830,000 | 730,000 | 730,000 | 730,000 | 730,000 | 730,000 | 730,000 | 730,000 | 730,000 | 8,790,000 |
| [Insert Second Component of Gross Income, if Any] | | | | | | | | | | | | | - |
| **TOTAL GROSS INCOME** | 700,000 | 690,000 | 730,000 | 830,000 | 730,000 | 730,000 | 730,000 | 730,000 | 730,000 | 730,000 | 730,000 | 730,000 | 8,790,000 |
| **GROSS EXPENSES** | | | | | | | | | | | | | |
| PEO Workforce | 396,182 | **469,742** | 396,182 | **596,182** | 415,991 | 415,991 | 415,991 | **482,106** | 415,991 | 482,106 | 415,991 | 415,991 | 5,318,444 |
| LATAM contractors | 86,000 | 86,000 | 86,000 | 86,000 | 90,300 | 90,300 | 90,300 | 90,300 | 90,300 | 90,300 | 90,300 | 90,300 | 1,066,400 |
| US Workforce | 57,000 | 57,000 | 57,000 | 57,000 | 59,850 | 59,850 | 59,850 | 59,850 | 59,850 | 59,850 | 59,850 | 59,850 | 706,800 |
| NEW HIRES | 16,900 | 16,900 | 31,500 | 31,500 | 31,500 | 31,500 | 31,500 | 31,500 | 31,500 | 31,500 | 31,500 | 31,500 | 348,800 |
| NEW COMMISSIONS | 9,800 | 9,800 | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 129,600 |
| Commission payments Trueup | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | | | 60,000 |
| Rent US | 900 | 900 | 945 | 945 | 945 | 945 | 945 | 945 | 945 | 945 | 945 | 945 | 11,250 |
| Telephone Expense | 126 | 126 | 132 | 132 | 132 | 132 | 132 | 132 | 132 | 132 | 132 | 132 | 1,575 |
| Rent expense - Car Lease | 840 | 840 | 840 | 882 | 882 | 882 | 882 | 882 | 882 | 882 | 882 | 882 | 10,458 |
| Bank Service Charges | 945 | 945 | 945 | 992 | 992 | 992 | 992 | 992 | 992 | 992 | 992 | 992 | 11,765 |
| Monthly computer and internet expenses | 7,350 | 7,350 | 7,350 | 7,718 | 7,718 | 7,718 | 7,718 | 7,718 | 7,718 | 7,718 | 7,718 | 7,718 | 91,508 |
| Monthly licences and suscription expenses | 5,250 | 5,250 | 5,250 | 5,513 | 5,513 | 5,513 | 5,513 | 5,513 | 5,513 | 5,513 | 5,513 | 5,513 | 65,363 |
| Bankruptcy accountant | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Dal Lago Law | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Trustee | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Special Counsel (Ethan Jacobs) | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Annual Unused commitment fee** | - | - | - | - | 500 | - | - | - | - | - | - | - | 500 |
| **Breakout Capital LLC pre-petition** | 16,101 | 16,101 | 16,101 | 16,101 | 16,101 | 16,101 | 16,101 | 16,101 | 16,101 | 16,101 | 16,101 | 16,101 | 193,214 |
| **Breakout Capital LLC post-petition** | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **TOTAL GROSS PAYMENTS** | 603,394 | 676,954 | 619,245 | 819,964 | 647,423 | 646,923 | 646,923 | 713,039 | 646,923 | 713,039 | 640,923 | 640,923 | 8,015,676 |
| **NET INCOME** | 96,606 | 13,046 | 110,755 | 10,036 | 82,577 | 83,077 | 83,077 | 16,961 | 83,077 | 16,961 | 89,077 | 89,077 | 774,324 |
| **Cash Reserve Contribution** | 48,303 | 6,523 | 55,377 | 5,018 | 41,288 | 41,538 | 41,538 | 8,481 | 41,538 | 8,481 | 44,538 | 44,538 | 387,162 |
| **Amount Available for General Unsecured Creditors** | 48,303 | 6,523 | 55,377 | 5,018 | 41,288 | 41,538 | 41,538 | 8,481 | 41,538 | 8,481 | 44,538 | 44,538 | **SEE GENERAL UNSECURED CREDITOR TAB** |
| **Cash Reserve Balance (Assumes Starting Cash Reserve = $33,933.20 of $55,383.20 Beginning Balance)** | 82,236 | 88,759 | 144,137 | 149,154 | 190,443 | 231,981 | 273,519 | 282,000 | 323,538 | 332,019 | 376,557 | 421,095 | N/A |
| **Ending Balance** | 419,857 | 426,380 | 481,757 | 486,775 | 528,063 | 569,601 | 611,140 | 619,620 | 661,159 | 669,639 | 714,177 | 758,716 | N/A |

| Koombea Inc<br>Plan Projections<br>Year 3 | November 2028 | December 2028 | January 2029 | February 2029 | March 2029 | April 2029 | May 2029 | June 2029 | July 2029 | August 2029 | September 2029 | October 2029 | YR 3 TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Balance** | 758,716 | 803,254 | 813,416 | 861,625 | 862,238 | 896,044 | 930,099 | 964,154 | 968,051 | 1,002,107 | 1,036,162 | 1,070,217 | N/A |
| [Insert First Component of Gross Income] | 730,000 | 730,000 | 750,000 | 850,000 | 750,000 | 750,000 | 750,000 | 750,000 | 750,000 | 750,000 | 750,000 | 750,000 | 9,060,000 |
| [Insert Second Component of Gross Income, if Any] | | | | | | | | | | | | | - |
| **TOTAL GROSS INCOME** | 730,000 | 730,000 | 750,000 | 850,000 | 750,000 | 750,000 | 750,000 | 750,000 | 750,000 | 750,000 | 750,000 | 750,000 | 9,060,000 |
| **GROSS EXPENSES** | | | | | | | | | | | | | |
| PEO Workforce | 415,991 | **484,742** | 415,991 | **611,182** | 436,790 | 436,790 | 436,790 | **497,106** | 436,790 | 436,790 | 436,790 | 436,790 | 5,482,544 |
| LATAM contractors | 90,300 | 90,300 | 90,300 | 90,300 | 94,815 | 94,815 | 94,815 | 94,815 | 94,815 | 94,815 | 94,815 | 94,815 | 1,119,720 |
| US Workforce | 59,850 | 59,850 | 59,850 | 59,850 | 62,843 | 62,843 | 62,843 | 62,843 | 62,843 | 62,843 | 62,843 | 62,843 | 742,140 |
| NEW HIRES | 31,500 | 31,500 | 42,450 | 42,450 | 42,450 | 42,450 | 42,450 | 42,450 | 42,450 | 42,450 | 42,450 | 42,450 | 487,500 |
| NEW COMMISSIONS | 11,000 | 11,000 | 11,900 | 11,900 | 11,900 | 11,900 | 11,900 | 11,900 | 11,900 | 11,900 | 11,900 | 11,900 | 141,000 |
| Commission payments Trueup | | | | | | | | | | | | | - |
| Rent US | 945 | 945 | 992 | 992 | 992 | 992 | 992 | 992 | 992 | 992 | 992 | 992 | 11,813 |
| Telephone Expense | 132 | 132 | 139 | 139 | 139 | 139 | 139 | 139 | 139 | 139 | 139 | 139 | 1,654 |
| Rent expense - Car Lease | 882 | 882 | 926 | 926 | 926 | 926 | 926 | 926 | 926 | 926 | 926 | 926 | 11,025 |
| Bank Service Charges | 992 | 992 | 1,042 | 1,042 | 1,042 | 1,042 | 1,042 | 1,042 | 1,042 | 1,042 | 1,042 | 1,042 | 12,403 |
| Monthly computer and internet expenses | 7,718 | 7,718 | 8,103 | 8,103 | 8,103 | 8,103 | 8,103 | 8,103 | 8,103 | 8,103 | 8,103 | 8,103 | 96,469 |
| Monthly licences and suscription expenses | 5,513 | 5,513 | 5,788 | 5,788 | 5,788 | 5,788 | 5,788 | 5,788 | 5,788 | 5,788 | 5,788 | 5,788 | 68,906 |
| Bankruptcy accountant | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Dal Lago Law | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Trustee | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Special Counsel (Ethan Jacobs) | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Annual Unused commitment fee** | - | - | - | - | 500 | - | - | - | - | - | - | - | 500 |
| **Breakout Capital LLC pre-petition** | 16,101 | 16,101 | 16,101 | 16,101 | 16,101 | 16,101 | 16,101 | 16,101 | 16,101 | 16,101 | 16,101 | 16,101 | 193,214 |
| **Breakout Capital LLC post-petition** | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **TOTAL GROSS PAYMENTS** | 640,923 | 709,675 | 653,583 | 848,773 | 682,390 | 681,890 | 681,890 | 742,205 | 681,890 | 681,890 | 681,890 | 681,890 | 8,368,887 |
| **NET INCOME** | 89,077 | 20,325 | 96,417 | 1,227 | 67,610 | 68,110 | 68,110 | 7,795 | 68,110 | 68,110 | 68,110 | 68,110 | 691,113 |
| **Cash Reserve Contribution** | 44,538 | 10,163 | 48,209 | 613 | 33,805 | 34,055 | 34,055 | 3,897 | 34,055 | 34,055 | 34,055 | 34,055 | 345,557 |
| **Amount Available for General Unsecured Creditors** | 44,538 | 10,163 | 48,209 | 613 | 33,805 | 34,055 | 34,055 | 3,897 | 34,055 | 34,055 | 34,055 | 34,055 | **SEE GENERAL UNSECURED CREDITOR TAB** |
| **Cash Reserve Balance (Assumes Starting Cash Reserve = $69,221.40 of $90,671.40 Beginning Balance)** | 113,760 | 123,922 | 172,131 | 172,744 | 206,549 | 240,605 | 274,660 | 278,557 | 312,612 | 346,668 | 380,723 | 414,778 | N/A |
| **Ending Balance** | 803,254 | 813,416 | 861,625 | 862,238 | 896,044 | 930,099 | 964,154 | 968,051 | 1,002,107 | 1,036,162 | 1,070,217 | 1,104,272 | N/A |

**Koombea Inc**
**Plan Projections**

| **Year 4** | **November 2029** | **December 2029** | **January 2030** | **February 2030** |
|---|---|---|---|---|
| **Beginning Balance** | 1,104,272 | 1,146,378 | 1,157,008 | 1,210,164 |
| [Insert First Component of Gross Income] | 750,000 | 750,000 | 780,000 | 870,000 |
| [Insert Second Component of Gross Income, if Any] | | | | |
| **TOTAL GROSS INCOME** | 750,000 | 750,000 | 780,000 | 870,000 |
| **GROSS EXPENSES** | | | | |
| PEO Workforce | 436,790 | **499,742** | 436,790 | **626,182** |
| LATAM contractors | 94,815 | 94,815 | 94,815 | 94,815 |
| US Workforce | 62,843 | 62,843 | 62,843 | 62,843 |
| NEW HIRES | 42,450 | 42,450 | 49,750 | 49,750 |
| NEW COMMISSIONS | 11,900 | 11,900 | 12,500 | 12,500 |
| Commission payments Trueup | - | - | - | - |
| Rent US | 992 | 992 | 992 | 1,042 |
| Telephone Expense | 139 | 139 | 139 | 146 |
| Rent expense - Car Lease | 926 | 926 | 926 | 972 |
| Bank Service Charges | 1,042 | 1,042 | 1,042 | 1,094 |
| Monthly computer and internet expenses | 8,103 | 8,103 | 8,103 | 8,509 |
| Monthly licences and suscription expenses | 5,788 | 5,788 | 5,788 | 6,078 |
| Bankruptcy accountant | - | - | - | - |
| Dal Lago Law | - | - | - | - |
| Trustee | - | - | - | - |
| Special Counsel (Ethan Jacobs) | - | - | - | - |
| **Annual Unused commitment fee** | - | - | - | - |
| **Breakout Capital LLC pre-petition** | 16,101 | 16,101 | 16,101 | 16,101 |
| **Breakout Capital LLC post-petition** | - | - | - | - |
| **TOTAL GROSS PAYMENTS** | **665,788** | **728,740** | **673,688** | **863,929** |
| **NET INCOME** | 84,212 | 21,260 | 106,312 | 6,071 |

| | | | | |
|---|---|---|---|---|
| **Cash Reserve Contribution** | 42,106 | 10,630 | 53,156 | 3,035 |
| **Amount Available for General Unsecured Creditors** | 42,106 | 10,630 | 53,156 | 3,035 |
| **Cash Reserve Balance (Assumes Starting Cash Reserve = $104,509.60 of $125,959.60 Beginning Balance)** | 146,615 | 157,245 | 210,401 | 213,436 |
| **Ending Balance** | 1,146,378 | 1,157,008 | 1,210,164 | 1,213,199 |

| **March 2030** | **April 2030** | **May 2030** | **June 2030** | **July 2030** | **August 2030** | **September 2030** | **October 2030** | **YR 4 TOTAL** |
|---|---|---|---|---|---|---|---|---|
| 1,213,199 | 1,260,745 | 1,308,291 | 1,355,836 | 1,365,724 | 1,413,270 | 1,460,816 | 1,508,362 | N/A |
| 780,000 | 780,000 | 780,000 | 780,000 | 780,000 | 780,000 | 780,000 | 780,000 | 9,390,000 |
| | | | | | | | | - |
| 780,000 | 780,000 | 780,000 | 780,000 | 780,000 | 780,000 | 780,000 | 780,000 | 9,390,000 |
| 436,790 | 436,790 | 436,790 | **512,106** | 436,790 | 436,790 | 436,790 | 436,790 | 5,569,143 |
| 99,556 | 99,556 | 99,556 | 99,556 | 99,556 | 99,556 | 99,556 | 99,556 | 1,175,706 |
| 65,985 | 65,985 | 65,985 | 65,985 | 65,985 | 65,985 | 65,985 | 65,985 | 779,247 |
| 52,238 | 52,238 | 52,238 | 52,238 | 52,238 | 52,238 | 52,238 | 52,238 | 602,300 |
| 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 12,500 | 148,800 |
| - | - | - | - | - | - | - | - | - |
| 1,042 | 1,042 | 1,042 | 1,042 | 1,042 | 1,042 | 1,042 | 1,042 | 1,042 |
| 146 | 146 | 146 | 146 | 146 | 146 | 146 | 146 | 1,729 |
| 972 | 972 | 972 | 972 | 972 | 972 | 972 | 972 | 11,530 |
| 1,094 | 1,094 | 1,094 | 1,094 | 1,094 | 1,094 | 1,094 | 1,094 | 12,971 |
| 8,509 | 8,509 | 8,509 | 8,509 | 8,509 | 8,509 | 8,509 | 8,509 | 100,887 |
| 6,078 | 6,078 | 6,078 | 6,078 | 6,078 | 6,078 | 6,078 | 6,078 | 72,062 |
| - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - | - |
| 500 | - | - | - | - | - | - | - | 500 |
| 16,101 | 16,101 | 16,101 | 16,101 | 16,101 | 16,101 | 16,101 | 16,101 | 193,214 |
| - | - | - | - | - | - | - | - | - |
| **684,908** | **684,908** | **684,908** | **760,224** | **684,908** | **684,908** | **684,908** | **684,908** | **8,486,729** |
| 95,092 | 95,092 | 95,092 | 19,776 | 95,092 | 95,092 | 95,092 | 95,092 | 903,271 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 47,546 | 47,546 | 47,546 | 9,888 | 47,546 | 47,546 | 47,546 | 47,546 | 451,635 |
| 47,546 | 47,546 | 47,546 | 9,888 | 47,546 | 47,546 | 47,546 | 47,546 | **SEE GENERAL UNSECURED CREDITOR TAB** |
| 260,982 | 308,528 | 356,074 | 365,962 | 413,508 | 461,053 | 508,599 | 556,145 | N/A |
| 1,260,745 | 1,308,291 | 1,355,836 | 1,365,724 | 1,413,270 | 1,460,816 | 1,508,362 | 1,555,908 | N/A |

**koombea Inc**
**Plan Projections**
**Year 5**

| | November 2030 | December 2030 | January 2031 | February 2031 | March 2031 |
|---|---|---|---|---|---|
| **Beginning Balance** | 1,555,908 | 1,603,453 | 1,637,023 | 1,675,388 | 1,673,611 |
| [Insert First Component of Gross Income] | 780,000 | 830,000 | 780,000 | 905,000 | 780,000 |
| [Insert Second Component of Gross Income, if Any] | | | | | |
| **TOTAL GROSS INCOME** | 780,000 | 830,000 | 780,000 | 905,000 | 780,000 |
| **GROSS EXPENSES** | | | | | |
| PEO Workforce | 436,790 | **514,742** | 436,790 | **641,182** | 458,630 |
| LATAM contractors | 99,556 | 99,556 | 99,556 | 99,556 | 104,534 |
| US Workforce | 65,985 | 65,985 | 65,985 | 65,985 | 69,284 |
| NEW HIRES | 52,238 | 52,238 | 70,000 | 70,000 | 70,000 |
| NEW COMMISSIONS | 12,500 | 12,500 | 13,100 | 13,100 | 13,100 |
| Commission payments Trueup | - | - | - | - | - |
| Rent US | 1,042 | 1,042 | 1,042 | 1,094 | 1,094 |
| Telephone Expense | 146 | 146 | 146 | 153 | 153 |
| Rent expense - Car Lease | 972 | 972 | 972 | 1,021 | 1,021 |
| Bank Service Charges | 1,094 | 1,094 | 1,094 | 1,149 | 1,149 |
| Monthly computer and internet expenses | 8,509 | 8,509 | 8,509 | 8,934 | 8,934 |
| Monthly licences and suscription expenses | 6,078 | 6,078 | 6,078 | 6,381 | 6,381 |
| Bankruptcy accountant | - | - | - | - | - |
| Dal Lago Law | - | - | - | - | - |
| Trustee | - | - | - | - | - |
| Special Counsel (Ethan Jacobs) | - | - | - | - | - |
| **Annual Unused commitment fee** | - | - | - | - | 500 |
| **Breakout Capital LLC pre-petition** | - | - | - | - | - |
| **Breakout Capital LLC post-petition** | - | - | - | - | - |
| **TOTAL GROSS PAYMENTS** | 684,908 | 762,860 | 703,271 | 908,554 | 734,279 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **NET INCOME** | 95,092 | 67,140 | 76,729 | - | 3,554 | 45,721 |
| **Cash Reserve Contribution** | 47,546 | 33,570 | 38,365 | - | 1,777 | 22,860 |
| **Amount Available for General Unsecured Creditors** | 47,546 | 33,570 | 38,365 | - | 1,777 | 22,860 |
| **Cash Reserve Balance (Assumes Starting Cash Reserve = $139,797.80 of $161,247.80 Beginning Balance)** | 187,344 | 220,913 | 259,278 | | 257,501 | 280,361 |
| **Ending Balance** | 1,603,453 | 1,637,023 | 1,675,388 | | 1,673,611 | 1,696,471 |

| April 2031 | May 2031 | June 2031 | July 2031 | August 2031 | September 2031 | October 2031 | YR 5 TOTAL |
|---|---|---|---|---|---|---|---|
| 1,696,471 | 1,719,331 | 1,742,192 | 1,740,814 | 1,763,674 | 1,786,534 | 1,809,395 | N/A |
| 780,000 | 780,000 | 800,000 | 780,000 | 780,000 | 780,000 | 780,000 | 9,555,000 |
| | | | | | | | - |
| 780,000 | 780,000 | 800,000 | 780,000 | 780,000 | 780,000 | 780,000 | 9,555,000 |
| 458,630 | 458,630 | **527,106** | 458,630 | 458,630 | 458,630 | 458,630 | 5,767,019 |
| 104,534 | 104,534 | 104,534 | 104,534 | 104,534 | 104,534 | 104,534 | 1,234,491 |
| 69,284 | 69,284 | 69,284 | 69,284 | 69,284 | 69,284 | 69,284 | 818,209 |
| 70,000 | 70,000 | 70,000 | 70,000 | 70,000 | 70,000 | 70,000 | 804,475 |
| 13,100 | 13,100 | 13,100 | 13,100 | 13,100 | 13,100 | 13,100 | 156,000 |
| - | - | - | - | - | - | - | - |
| 1,094 | 1,094 | 1,094 | 1,094 | 1,094 | 1,094 | 1,094 | 12,971 |
| 153 | 153 | 153 | 153 | 153 | 153 | 153 | 1,816 |
| 1,021 | 1,021 | 1,021 | 1,021 | 1,021 | 1,021 | 1,021 | 12,106 |
| 1,149 | 1,149 | 1,149 | 1,149 | 1,149 | 1,149 | 1,149 | 13,620 |
| 8,934 | 8,934 | 8,934 | 8,934 | 8,934 | 8,934 | 8,934 | 105,931 |
| 6,381 | 6,381 | 6,381 | 6,381 | 6,381 | 6,381 | 6,381 | 75,665 |
| - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | 500 |
| - | - | - | - | - | - | - | - |
| - | - | - | - | - | - | - | - |
| 734,279 | 734,279 | 802,756 | 734,279 | 734,279 | 734,279 | 734,279 | 9,002,305 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 45,721 | 45,721 | - | 2,756 | 45,721 | 45,721 | 45,721 | 45,721 | 552,695 |
| 22,860 | 22,860 | - | 1,378 | 22,860 | 22,860 | 22,860 | 22,860 | 276,347 |
| 22,860 | 22,860 | - | 1,378 | 22,860 | 22,860 | 22,860 | 22,860 | **SEE GENERAL UNSECURED CREDITOR TAB** |
| 303,222 | 326,082 | 324,704 | | 347,564 | 370,425 | 393,285 | 416,145 | N/A |
| 1,719,331 | 1,742,192 | 1,740,814 | | 1,763,674 | 1,786,534 | 1,809,395 | 1,832,255 | N/A |

**Koombea Inc**
**General Unsecured Creditor Payments**
**Year 1**

| Claimant Name | Claim No. (if Applicable) | Claim Amount | Percentage of General Unsecured Claims | November 2026 | December 2026 | January 2027 | February 2027 | March 2027 | April 2027 | May 2027 | June 2027 | July 2027 | August 2027 | September 2027 | October 2027 | YEAR 1 TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TOTAL** | **N/A** | **54,791,742** | **100%** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **48,303** | **48,303** | **96,606** |
| Drata INC | | 8,500 | 0.02% | - | | - | | - | - | - | | - | - | 7 | 7 | 15 |
| Glimmering LLC | | 2,500 | 0.00% | - | | - | | - | - | - | | - | - | 2 | 2 | 4 |
| Kaseya US LLC | | 477 | 0.00% | - | | - | | - | - | - | | - | - | 0 | 0 | 1 |
| Knowbe4 | | 4,867 | 0.01% | - | | - | | - | - | - | | - | - | 4 | 4 | 9 |
| Joynup | | 54,000,000 | 98.55% | - | | - | | - | - | - | | - | - | 47,605 | 47,605 | 95,210 |
| lever inc | | 4,500 | 0.01% | - | | - | | - | - | - | | - | - | 4 | 4 | 8 |
| linkedin | | 7,250 | 0.01% | - | | - | | - | - | - | | - | - | 6 | 6 | 13 |
| Bord | | 4,213 | 0.01% | - | | - | | - | - | - | | - | - | 4 | 4 | 7 |
| salesforce.com | | 6,680 | 0.01% | - | | - | | - | - | - | | - | - | 6 | 6 | 12 |
| Oracle | | 311,698 | 0.57% | - | | - | | - | - | - | | - | - | 275 | 275 | 550 |
| American Express | | 155,181 | 0.28% | - | | - | | - | - | - | | - | - | 137 | 137 | 274 |
| American Express 2 | | 103,519 | 0.19% | - | | - | | - | - | - | | - | - | 91 | 91 | 183 |
| Ramp | | 67,065 | 0.12% | - | | - | | - | - | - | | - | - | 59 | 59 | 118 |
| citibank | | 15,873 | 0.03% | - | | - | | - | - | - | | - | - | 14 | 14 | 28 |
| Wells Fargo Bank | | 99,420 | 0.18% | - | | - | | - | - | - | | - | - | 88 | 88 | 175 |
| | | | | | | | | | | | | | | 48,303 | 48,303 | |

**Koombea Inc**
**General Unsecured Creditor Payments**
**Year 2**

| Claimant Name | Claim No. (if Applicable) | Claim Amount | Percentage of General Unsecured Claims | November 2027 | December 2027 | January 2028 | February 2028 | March 2028 | April 2028 | May 2028 | June 2028 | July 2028 | August 2028 | September 2028 | October 2028 | YEAR 1 TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TOTAL** | **N/A** | **54,695,136** | **100%** | **48,303** | **6,523** | **55,377** | **5,018** | **41,288** | **41,538** | **41,538** | **41,538** | **41,538** | **8,481** | **44,538** | **44,538** | **420,220** |
| Drata INC | | 8,485 | 0.02% | 7 | 1 | 9 | 1 | 6 | 6 | 6 | 6 | 6 | 1 | 7 | 7 | 65 |
| Glimmering LLC | | 2,496 | 0.00% | 2 | 0 | 3 | 0 | 2 | 2 | 2 | 2 | 2 | 0 | 2 | 2 | 19 |
| Kaseya US LLC | | 476 | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| Knowbe4 | | 4,859 | 0.01% | 4 | 1 | 5 | 0 | 4 | 4 | 4 | 4 | 4 | 1 | 4 | 4 | 37 |
| Joynup | | 53,904,790 | 98.55% | 47,605 | 6,429 | 54,577 | 4,945 | 40,692 | 40,938 | 40,938 | 40,938 | 40,938 | 8,358 | 43,895 | 43,895 | 414,147 |
| lever inc | | 4,492 | 0.01% | 4 | 1 | 5 | 0 | 3 | 3 | 3 | 3 | 3 | 1 | 4 | 4 | 35 |
| linkedin | | 7,237 | 0.01% | 6 | 1 | 7 | 1 | 5 | 5 | 5 | 5 | 5 | 1 | 6 | 6 | 56 |
| Bord | | 4,205 | 0.01% | 4 | 1 | 4 | 0 | 3 | 3 | 3 | 3 | 3 | 1 | 3 | 3 | 32 |
| salesforce.com | | 6,668 | 0.01% | 6 | 1 | 7 | 1 | 5 | 5 | 5 | 5 | 5 | 1 | 5 | 5 | 51 |
| Oracle | | 311,148 | 0.57% | 275 | 37 | 315 | 29 | 235 | 236 | 236 | 236 | 236 | 48 | 253 | 253 | 2,391 |
| American Express | | 154,908 | 0.28% | 137 | 18 | 157 | 14 | 117 | 118 | 118 | 118 | 118 | 24 | 126 | 126 | 1,190 |
| American Express 2 | | 103,336 | 0.19% | 91 | 12 | 105 | 9 | 78 | 78 | 78 | 78 | 78 | 16 | 84 | 84 | 794 |
| Ramp | | 66,947 | 0.12% | 59 | 8 | 68 | 6 | 51 | 51 | 51 | 51 | 51 | 10 | 55 | 55 | 514 |
| citibank | | 15,845 | 0.03% | 14 | 2 | 16 | 1 | 12 | 12 | 12 | 12 | 12 | 2 | 13 | 13 | 122 |
| Wells Fargo Bank | | 99,244 | 0.18% | 88 | 12 | 100 | 9 | 75 | 75 | 75 | 75 | 75 | 15 | 81 | 81 | 762 |
| | | | | 48,303 | 6,523 | 55,377 | 5,018 | 41,288 | 41,538 | 41,538 | 8,481 | 41,538 | 8,481 | 44,538 | 44,538 | |

**Koombea Inc**
**General Unsecured Creditor Payments**
**Year 3**

| Claimant Name | Claim No. (if Applicable) | Claim Amount | Percentage of General Unsecured Claims | November 2028 | December 2028 | January 2029 | February 2029 | March 2029 | April 2029 | May 2029 | June 2029 | July 2029 | August 2029 | September 2029 | October 2029 | YEAR 1 TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TOTAL** | **N/A** | **54,274,916** | **100%** | **44,538** | **10,163** | **48,209** | **613** | **33,805** | **34,055** | **34,055** | **3,897** | **34,055** | **34,055** | **34,055** | **34,055** | **345,557** |
| Drata INC | | 8,420 | 0.02% | 7 | 2 | 7 | 0 | 5 | 5 | 5 | 1 | 5 | 5 | 5 | 5 | 54 |
| Glimmering LLC | | 2,476 | 0.00% | 2 | 0 | 2 | 0 | 2 | 2 | 2 | 0 | 2 | 2 | 2 | 2 | 16 |
| Kaseya US LLC | | 472 | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| Knowbe4 | | 4,821 | 0.01% | 4 | 1 | 4 | 0 | 3 | 3 | 3 | 0 | 3 | 3 | 3 | 3 | 31 |
| Joynup | | 53,490,642 | 98.55% | 43,895 | 10,016 | 47,512 | 604 | 33,317 | 33,563 | 33,563 | 3,841 | 33,563 | 33,563 | 33,563 | 33,563 | 340,563 |
| lever inc | | 4,458 | 0.01% | 4 | 1 | 4 | 0 | 3 | 3 | 3 | 0 | 3 | 3 | 3 | 3 | 28 |
| linkedin | | 7,182 | 0.01% | 6 | 1 | 6 | 0 | 4 | 5 | 5 | 1 | 5 | 5 | 5 | 5 | 46 |
| Bord | | 4,173 | 0.01% | 3 | 1 | 4 | 0 | 3 | 3 | 3 | 0 | 3 | 3 | 3 | 3 | 27 |
| salesforce.com | | 6,617 | 0.01% | 5 | 1 | 6 | 0 | 4 | 4 | 4 | 0 | 4 | 4 | 4 | 4 | 42 |
| Oracle | | 308,757 | 0.57% | 253 | 58 | 274 | 3 | 192 | 194 | 194 | 22 | 194 | 194 | 194 | 194 | 1,966 |
| American Express | | 153,717 | 0.28% | 126 | 29 | 137 | 2 | 96 | 96 | 96 | 11 | 96 | 96 | 96 | 96 | 979 |
| American Express 2 | | 102,542 | 0.19% | 84 | 19 | 91 | 1 | 64 | 64 | 64 | 7 | 64 | 64 | 64 | 64 | 653 |
| Ramp | | 66,433 | 0.12% | 55 | 12 | 59 | 1 | 41 | 42 | 42 | 5 | 42 | 42 | 42 | 42 | 423 |
| citibank | | 15,723 | 0.03% | 13 | 3 | 14 | 0 | 10 | 10 | 10 | 1 | 10 | 10 | 10 | 10 | 100 |
| Wells Fargo Bank | | 98,482 | 0.18% | 81 | 18 | 87 | 1 | 61 | 62 | 62 | 7 | 62 | 62 | 62 | 62 | 627 |
| | | | | 44,538 | 10,163 | 48,209 | 613 | 33,805 | 34,055 | 34,055 | 3,897 | 34,055 | 34,055 | 34,055 | 34,055 | |

**Koombea Inc**
**General Unsecured Creditor Payments**
**Year 4**

| Claimant Name | Claim No. (if Applicable) | Claim Amount | Percentage of General Unsecured Claims | November 2029 | December 2029 | January 2030 | February 2030 | March 2030 | April 2030 | May 2030 | June 2030 | July 2030 | August 2030 | September 2030 | October 2030 | YEAR 1 TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TOTAL** | **N/A** | **53,929,360** | **100%** | **42,106** | **10,630** | **53,156** | **3,035** | **47,546** | **47,546** | **47,546** | **9,888** | **47,546** | **47,546** | **47,546** | **47,546** | **451,635** |
| Drata INC | | 8,366 | 0.02% | 7 | 2 | 8 | 0 | 7 | 7 | 7 | 2 | 7 | 7 | 7 | 7 | 70 |
| Glimmering LLC | | 2,461 | 0.00% | 2 | 0 | 2 | 0 | 2 | 2 | 2 | 0 | 2 | 2 | 2 | 2 | 21 |
| Kaseya US LLC | | 469 | 0.00% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 |
| Knowbe4 | | 4,791 | 0.01% | 4 | 1 | 5 | 0 | 4 | 4 | 4 | 1 | 4 | 4 | 4 | 4 | 40 |
| Joynup | | 53,150,079 | 98.55% | 41,497 | 10,476 | 52,388 | 2,991 | 46,859 | 46,859 | 46,859 | 9,745 | 46,859 | 46,859 | 46,859 | 46,859 | 445,109 |
| lever inc | | 4,429 | 0.01% | 3 | 1 | 4 | 0 | 4 | 4 | 4 | 1 | 4 | 4 | 4 | 4 | 37 |
| linkedin | | 7,136 | 0.01% | 6 | 1 | 7 | 0 | 6 | 6 | 6 | 1 | 6 | 6 | 6 | 6 | 60 |
| Bord | | 4,146 | 0.01% | 3 | 1 | 4 | 0 | 4 | 4 | 4 | 1 | 4 | 4 | 4 | 4 | 35 |
| salesforce.com | | 6,575 | 0.01% | 5 | 1 | 6 | 0 | 6 | 6 | 6 | 1 | 6 | 6 | 6 | 6 | 55 |
| Oracle | | 306,792 | 0.57% | 240 | 60 | 302 | 17 | 270 | 270 | 270 | 56 | 270 | 270 | 270 | 270 | 2,569 |
| American Express | | 152,739 | 0.28% | 119 | 30 | 151 | 9 | 135 | 135 | 135 | 28 | 135 | 135 | 135 | 135 | 1,279 |
| American Express 2 | | 101,889 | 0.19% | 80 | 20 | 100 | 6 | 90 | 90 | 90 | 19 | 90 | 90 | 90 | 90 | 853 |
| Ramp | | 66,010 | 0.12% | 52 | 13 | 65 | 4 | 58 | 58 | 58 | 12 | 58 | 58 | 58 | 58 | 553 |
| citibank | | 15,623 | 0.03% | 12 | 3 | 15 | 1 | 14 | 14 | 14 | 3 | 14 | 14 | 14 | 14 | 131 |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wells Fargo Bank | | 97,855 | 0.18% | 76 | 19 | 96 | 6 | 86 | 86 | 86 | 18 | 86 | 86 | 86 | 86 | 819 |
| | | | | 42,106 | 10,630 | 53,156 | 3,035 | 47,546 | 47,546 | 47,546 | 9,888 | 47,546 | 47,546 | 47,546 | 47,546 | |

**Koombea Inc**
**General Unsecured Creditor Payments**
**Year 5**

| Claimant Name | Claim No. (if Applicable) | Claim Amount | Percentage of General Unsecured Claims | November 2030 | December 2030 | January 2031 | February 2031 | March 2031 | April 2031 | May 2031 | June 2031 | July 2031 | August 2031 | September 2031 | October 2031 | YEAR 1 TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TOTAL** | **N/A** | **53,477,724** | **100%** | **47,546** | **33,570** | **38,365** | **- 1,777** | **22,860** | **22,860** | **22,860** | **- 1,378** | **22,860** | **22,860** | **22,860** | **22,860** | **276,347** |
| Drata INC | | 8,296 | 0.02% | 7 | 5 | 6 | - 0 | 4 | 4 | 4 | - 0 | 4 | 4 | 4 | 4 | 43 |
| Glimmering LLC | | 2,440 | 0.00% | 2 | 2 | 2 | - 0 | 1 | 1 | 1 | - 0 | 1 | 1 | 1 | 1 | 13 |
| Kaseya US LLC | | 465 | 0.00% | 0 | 0 | 0 | - 0 | 0 | 0 | 0 | - 0 | 0 | 0 | 0 | 0 | 2 |
| Knowbe4 | | 4,750 | 0.01% | 4 | 3 | 3 | - 0 | 2 | 2 | 2 | - 0 | 2 | 2 | 2 | 2 | 25 |
| Joynup | | 52,704,970 | 98.55% | 46,859 | 33,085 | 37,810 | - 1,751 | 22,530 | 22,530 | 22,530 | - 1,358 | 22,530 | 22,530 | 22,530 | 22,530 | 272,354 |
| lever inc | | 4,392 | 0.01% | 4 | 3 | 3 | - 0 | 2 | 2 | 2 | - 0 | 2 | 2 | 2 | 2 | 23 |
| linkedin | | 7,076 | 0.01% | 6 | 4 | 5 | - 0 | 3 | 3 | 3 | - 0 | 3 | 3 | 3 | 3 | 37 |
| Bord | | 4,112 | 0.01% | 4 | 3 | 3 | - 0 | 2 | 2 | 2 | - 0 | 2 | 2 | 2 | 2 | 21 |
| salesforce.com | | 6,520 | 0.01% | 6 | 4 | 5 | - 0 | 3 | 3 | 3 | - 0 | 3 | 3 | 3 | 3 | 34 |
| Oracle | | 304,222 | 0.57% | 270 | 191 | 218 | - 10 | 130 | 130 | 130 | - 8 | 130 | 130 | 130 | 130 | 1,572 |
| American Express | | 151,460 | 0.28% | 135 | 95 | 109 | - 5 | 65 | 65 | 65 | - 4 | 65 | 65 | 65 | 65 | 783 |
| American Express 2 | | 101,036 | 0.19% | 90 | 63 | 72 | - 3 | 43 | 43 | 43 | - 3 | 43 | 43 | 43 | 43 | 522 |
| Ramp | | 65,457 | 0.12% | 58 | 41 | 47 | - 2 | 28 | 28 | 28 | - 2 | 28 | 28 | 28 | 28 | 338 |
| citibank | | 15,493 | 0.03% | 14 | 10 | 11 | - 1 | 7 | 7 | 7 | - 0 | 7 | 7 | 7 | 7 | 80 |
| Wells Fargo Bank | | 97,035 | 0.18% | 86 | 61 | 70 | - 3 | 41 | 41 | 41 | - 3 | 41 | 41 | 41 | 41 | 501 |
| | | | | 47,546 | 33,570 | 38,365 | - 1,777 | 22,860 | 22,860 | 22,860 | - 1,378 | 22,860 | 22,860 | 22,860 | 22,860 | |