UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

In re: Case No. 2:25-bk-02556-FMR
Chapter 11

Koombea Inc.,

Debtor.
_______________________________/

**NOTICE OF WITHDRAWAL**
**(Related Doc. No. 184)**

NOTICE IS HEREBY GIVEN that Koombea Inc. withdraws its Notice of Occurrence of Effective Date (Doc. No. 184).

**Dated**: November 9, 2026

Respectfully submitted,

**DAL LAGO LAW**
999 Vanderbilt Beach Road
Suite 200
Naples, FL 34108
Telephone: (239) 571-6877

By: */s/ Michael R. Dal Lago*
MICHAEL R. DAL LAGO
Florida Bar No. 102185
Email: mike@dallagolaw.com
CHRISTIAN GARRETT HAMAN
Florida Bar No. 1017079
Email: chaman@dallagolaw.com
JENNIFER M. DUFFY
Florida Bar No. 1028911
Email: jduffy@dallagolaw.com

*Counsel for Debtor*

## CERTIFICATE OF SERVICE

I CERTIFY on November 9, 2026 that a true and correct copy of the foregoing shall be served: by the Court's CM/ECF Noticing system upon entry to all parties registered for service in this Case.

By: */s/ Michael R. Dal Lago*
MICHAEL R. DAL LAGO
Florida Bar No. 102185